IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Petitioner,        No. CIV S-08-2459 EFB P

  vs.

TOM BOSENKO,

    Respondent.        ORDER
_____/

Petitioner is confined in a county jail and is proceeding without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

On May 28, 2009, the court dismissed the petition with leave to amend. The dismissal order explained the petition's deficiencies, gave petitioner 30 days to file an amended petition correcting those deficiencies, and warned petitioner that failure to file an amended petition may result in this action being dismissed.

The 30-day period has expired and petitioner has not filed an amended petition or otherwise responded to the court's order.

Accordingly, this action is DISMISSED without prejudice.

Dated: August 6, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE